IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>DR. ZIKA, DR. GARBARINO,<br><br>      Defendants.<br>_____/ | No. C 11-5561 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE NEW EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY; REFERRING CASE TO PRO SE PRISONER SETTLEMENT PROGRAM<br><br>(Docket nos. 27, 29) |

    On September 24, 2012, Defendants filed a motion for summary judgment in this pro se prisoner civil rights action. On September 26, 2012, the Court entered an order granting in part Plaintiff's motion for a preliminary injunction requesting single-cell status. Docket no. 24. Specifically, the Court directed Defendants to recommend to custody staff that Plaintiff be housed in a single cell for ninety days. Defendants complied with the order on October 3, 2012. Docket no. 25. Plaintiff currently is single-celled. Docket no. 26.

    Now pending before the Court are various procedural motions. Plaintiff filed his opposition to Defendants' motion for summary judgment on October 26, 2012. On November 2, 2012, he requested leave to file additional evidence in support of his opposition, because he did not receive requested discovery from Defendants until after he filed the opposition. Good cause appearing, Plaintiff's request is GRANTED. The exhibits filed in support of his request will be considered as evidence in support of his opposition. Docket no. 27.

    Defendants request a thirty-nine day extension of time, until

January 4, 2013, to file their reply to Plaintiff's opposition. Defendants' request is GRANTED in part.  Specifically, Defendants shall file their reply by no later than December 26, 2012, which is ninety days from the date on which the Court's order granting preliminary injunctive relief was entered.  See 18 U.S.C. § 3626(a)(2).  No further continuances to file the reply will be granted.

The Northern District of California has established a Pro Se Prisoner Settlement Program.  Certain prisoner civil rights cases may be referred to a Magistrate Judge for a settlement conference. The Court finds that a referral is in order for a settlement conference to be held prior to the Court's ruling on Defendants' motion for summary judgment.  Accordingly, this case is REFERRED to Magistrate Judge Nandor Vadas for a settlement conference.

The conference shall take place within one-hundred and twenty days of the date of this Order, or as soon thereafter as is convenient to the Magistrate Judge's calendar.  Magistrate Judge Vadas shall coordinate a time and date for the conference with all interested parties and/or their representatives and, within ten days after the conclusion of the conference, file with the Court a report of the result of the conference.

The Clerk shall provide an electronic copy of this Order to Magistrate Judge Vadas.

This Order terminates Docket nos. 27 and 29.

IT IS SO ORDERED.

Dated: 11/14/2012

CLAUDIA WILKEN
United States District Judge

cc: NJV

2