IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ, | No. C 11-5561 CW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO RENEW PRELIMINARY INJUNCTION |
| v. | |
| DR. ZIKA, DR. GARBARINO, | (Docket no. 33) |
| Defendants. | |

On September 24, 2012, Defendants filed a motion for summary judgment in this pro se prisoner civil rights action. Plaintiff filed his opposition to the motion on October 26, 2012. Defendants' reply is due no later than December 26, 2102.

Subsequent to the filing of Defendants' motion, the Court, on September 26, 2012, entered an order granting in part Plaintiff's motion for a preliminary injunction requesting single-cell status. Docket no. 24. Specifically, the Court directed Defendants to recommend to custody staff that Plaintiff be housed in a single cell for ninety days. Defendants complied with the order and Plaintiff was placed in a single cell on October 3, 2012. Docket no. 33.

On November 26, 2102, the Court referred the case to Magistrate Judge Vadas to hold a settlement conference within one-hundred and twenty days, or as soon thereafter as is convenient to the Magistrate Judge's calendar. A settlement conference has not yet been scheduled.

According to the Court's order granting limited preliminary injunctive relief, the current preliminary injunction will expire on January 1, 2013. Plaintiff has filed a motion to renew the

preliminary injunction for another ninety days because of the pending motion for summary judgment and outstanding referral for a settlement conference.  Because the factual findings and legal conclusions rendered by the Court in its order granting preliminary injunctive relief remain unchanged, the Court finds that renewal of the preliminary injunction is warranted for another ninety days.

    Accordingly, Plaintiff's request for renewal of the preliminary injunction is GRANTED.

    No later than <u>ten</u> days from the date this Order is filed, Defendants shall submit to custody staff a renewed recommendation that Plaintiff continue to be housed in a single cell for an additional ninety days.  Defendants shall file a copy of their recommendation with the Court and serve a copy on Plaintiff.

    This Order terminates Docket no. 33.

    IT IS SO ORDERED.

Dated: 12/27/2012

                        CLAUDIA WILKEN
                        United States District Judge