UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>    Plaintiff,<br><br>BILL ZIKA, et al.,<br><br>    Defendants.<br>_____/ | No. 4:11-CV-05561 CW (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ERIC L. GONZALEZ, inmate no. E66196, presently in custody at the Correctional Training Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 4, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden Marion Spearman, Correctional Training Facility

GREETINGS

WE COMMAND that you have and produce the body of ERIC L. GONZALEZ, inmate no. E66196, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, at 1:00 p.m. on February 6, 2013, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GONZALEZ v.

1  ZIKA, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned
2  institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
3  custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
4  of the proceedings for which his testimony is required in this Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated:  January 4, 2013

9                                    RICHARD WIEKING
                                     CLERK, UNITED STATES DISTRICT COURT

11                                   By: Linn Van Meter
                                         Administrative Law Clerk

15  Dated: January 4, 2013          _____
                                    NANDOR J. VADAS
                                    United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ, | No. 4:11-CV-05561 CW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| BILL ZIKA, | |
| Defendants. | |

I, the undersigned, hereby certify that on January 4, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Eric L. Gonzalez
E66196
Correctional Training Facility
P.O. Box 689
Fox Wing 235 Low
Soledad, CA 93960-0689

Litigation Coordinator Dan Pherigo
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3