IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>CHIEF MEDICAL OFFICER DR. BILL ZIKA, DR. GARBARINO,<br><br>         Defendants.<br>_____/ | No. C 11-5561 CW (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR RELIEF FROM JUDGMENT<br><br>Doc. no. 75 |

Plaintiff, a state prisoner incarcerated at the Correctional Training Facility (CTF) in Soledad, California, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his serious mental health needs. On August 27, 2013, the Court granted Defendants' motion for summary judgment and denied Plaintiff's cross-motion for summary judgment. On the same day, judgment was entered in favor of Defendants. On September 9, 2013, Plaintiff filed a motion for relief from judgment under Rule 59(e). Also, on September 9, 2013, Plaintiff filed a notice of appeal of the Court's Order Granting Defendants' Motion for Summary Judgment. On September 25, 2013, Plaintiff filed a motion for a temporary restraining order to require Defendants to recommend single-cell status for him until the Court rendered its decision on his Rule 59(e) motion. On October 9,

2013, the Court issued an order denying Plaintiff's motions for relief from judgment and for a temporary restraining order.

On October 17, 2013, Plaintiff filed the instant motion for an extension of time to respond to Defendants' opposition to his motion for relief from judgment. Plaintiff indicates that, because he did not receive Defendants' opposition, he needs additional time to file his reply.

As discussed above, judgment was entered in this case on August 27, 2013. Doc. no. 67. Since that date, Plaintiff has filed two notices of appeal to the Ninth Circuit, doc. nos. 68, 71, and motions for relief from judgment and a temporary restraining order. These post-judgment motions were denied based upon the reasons stated in the Court's October 9, 2013 Order. Plaintiff need not file a reply to Defendants' opposition and his motion for an extension of time to file a reply is, therefore, DENIED.

## CONCLUSION

For the foregoing reasons, Plaintiff's motion for an extension of time to file a reply is DENIED. This Order terminates docket number 75.

IT IS SO ORDERED.

DATED: 10/28/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2